ACCEPTED
01-14-00893-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/24/2015 4:29:35 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-14-00893-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/24/2015 4:29:35 PM

CHRISTOPHER A. PRINE
Clerk

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

1221 ELDRIDGE ROAD, INC.,

Appellant,

vs.

LIFE CHANGING MINISTRIES AND FELLOWSHIP, INC.,
ERIC STEPHENS, AND JENNIFER STEPHENS

Appellees.

Appeal from County Court at Law No. 1
Fort Bend County, Texas
Case No. 13-CCV-050162
Honorable Ben W. Bud Childers, Judge Presiding

## APPELLANT'S ATTORNEY'S NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUSTICES OF THE COURT:

Appellant's attorney of record Vy-Vivian Nguyen files this notice of change of address and contact information with the court clerk as required by Texas Civil Practice & Remedies Code Section 30.015.

Vy-Vivian Nguyen's current address and contact information have changed to the following:

**Law Office of Vy-Vivian Nguyen, PLLC**
10333 Harwin Drive, Suite 440
Houston, Texas 77036
Ph: (713) 714-0100
Fax: (713) 714-0101

Respectfully submitted,
LAW OFFICE OF VY-VIVIAN NGUYEN, PLLC

By: _/s/ *Vivian Nguyen*_____
      Vivian Vy Nguyen
      Texas State Bar # 24073383

10333 Harwin Drive, Suite 440
Houston, Texas 77036
Ph:  (713) 714-0100
Fax: (713) 714-0101
Email: Vivian@vnguyenlaw.com


**Attorney for Appellant-1221 Eldridge Road, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a true and correct copy of the foregoing document was served on April 24, 2015, pursuant to the Texas Rules of Civil Procedure to the following parties:

| *VIA Facsimile* | |
|---|---|
| Jennifer Fleck<br>1225 W. 34th Street<br>Houston, Texas 77018<br>Fax: 713-956-8485 | |

      __/s/ *Vivian Nguyen* _____

       Vivian Nguyen